WRIT NO. W10-01183-J(F)    77,138-31

EX PARTE

SENRICK WILKERSON

IN CRIMINAL DISTRICT
COURT NO. 3
DALLAS COUNTY, TEXAS

### APPLICANT'S RESPONSE TO STATE'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

COMES NOW, SENRICK WILKERSON, Applicant in the above styled and numbered cause, and files this, his response to State's proposed findings of fact and conclusions of law, and will show in support as follows:

1. Applicant objects to the State's proposed findings of fact, conclusions of law, and order. Applicant's due process is constantly denied and violated.

2. Applicant finally received a copy of the Clerk's record from cause Nos. F10-01183 & F10-01184, which was incomplete. The Fifth Court of Appeals in Dallas continued to ORDER the District Clerk to forward the Clerk's record, and finally it was filed in May of 2014. Therefore, in June of 2014, appeals counsel Michael Mowla forwarded Applicant the Clerk's record. The Application that was filed in February of 2015, was for Applicant seeking an out-of-time appeal, and not a subsequent writ.

3. Applicant continued to request the files, records etc., etc., from the State, but was always ignored. An attorney from Dallas County led Applicant to the information about the missing documents, and the missing files in the record.

4. It is totally impossible for Applicant to establish that, by a preponderance of the evidence, but for the violation of the United States Constitution, no rational juror could have found him guilty beyond a reasonable doubt, when the State will not forward Applicant the Brady Material, and or the Discovery for F10-01183 sexual performance by a child.

5. Applicant respectfully recommends the relief of this Writ of Habeas Corpus, and that an Evidentiary Hearing be immediately set, in the interest of justice.

Respectfully submitted,

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, TX 77583

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2015, the foregoing document has been U.S. mailed to: Felicia Pitre District Clerk, 133 N. Riverfront Blvd, LB12, Dallas, TX 75207 & Court of Criminal Appeals, P.O. Box 12308, Austin, TX 78711.

SENRICK WILKERSON

P.S.
Safeguard my Liberty